JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEONDRE RAGLIN,

Plaintiff,

v.

SHELDRAKE COFFEE
ROASTERS, INC., et al.,

Defendants.

Case No.  CV 26-1215-GW-KESx

**ORDER TO DISMISS WITHOUT
PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this Court dismiss the above-captioned action, without prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 17, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE